No. 87–2009.   GREENMAN *v.* UNITED STATES, 488 U. S. 824;

No. 88–237.   NOEL *v.* DEPARTMENT OF SANITATION OF CITY OF NEW YORK, 488 U. S. 925;

No. 88–459.   ANDERSON ET AL. *v.* UNITED STATES, 488 U. S. 966;

No. 88–736.   WANKOFF, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF WANKOFF *v.* TIBBS ET AL., 488 U. S. 1007;

No. 88–751.   ROWLAND *v.* ALAMEDA COUNTY PROBATION DEPARTMENT, 488 U. S. 982;

No. 88–896.   POLYAK *v.* HULEN ET AL., 488 U. S. 999;

No. 88–5603.   INGRAM *v.* KEMP, WARDEN, 488 U. S. 975;

No. 88–5701.   SPAN *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 488 U. S. 973;

No. 88–5716.   LEMBERG *v.* TSENG ET AL., 488 U. S. 984;

No. 88–5768.   SELLNER *v.* PRINCE GEORGE'S COUNTY, MARYLAND, ET AL., 488 U. S. 985;

No. 88–5852.   BETKA *v.* CITY OF WEST LINN, OREGON, ET AL. (two cases), 488 U. S. 999;

No. 88–5860.   TROTZ *v.* UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA, ET AL., 488 U. S. 1015;

No. 88–5880.   SINGLETON *v.* THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, 488 U. S. 1019; and

No. 88–5982.   IN RE GILL, 488 U. S. 1002.   Petitions for rehearing denied.

No. 87–7311.   POINDEXTER *v.* OHIO, 488 U. S. 916.   Motion for leave to file petition for rehearing denied.

No. 88–575.   BURT *v.* MAUI ARCHITECTURAL GROUP, INC., ET AL., 488 U. S. 962.   Motion of appellant to consolidate denied. Petition for rehearing denied.

No. 88–647.   WHITEHORN ET UX. *v.* MURPHY ET AL., 488 U. S. 997.   Petition for rehearing denied.   JUSTICE BRENNAN and JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 88–656.   FRIEDMAN *v.* FERGUSON ET AL., 488 U. S. 993;

No. 88–677.   BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP., 488 U. S. 994; and